**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jo Ann Nixon
Glenda August & Assoc.
129 W. Pershing St.
New Iberia La 70560

**REHEARING ACTION: May 25, 2011**

**Docket Number: 10   01498-JAC**

**STATE IN THE INTEREST OF A.A.M.B.**

**Appealed from Vermilion Parish Case No. J-3595**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. J. David Painter**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **H. L. T.** has this day been

    **DENIED.**
    Painter, J., would grant rehearing.

cc: Tamara Rahim, Counsel for the Appellee
    Nicole M. Guidry, Counsel for the Appellee
    Julie Rosenzweig, Counsel for the Appellee